UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PETER TODOROVICH,

    Plaintiff,

v.                                      Case No: 8:22-cv-2740-WFJ-MRM

MIDNIGHT VELVET, INC.,

    Defendant.
_____/

## O R D E R

The Court has been advised by **the Notice of Settlement (Dkt. 20)** that the above-styled action has been settled as to the remaining Defendant Midnight Velvet, Inc. Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice as to Midnight Velvet, Inc., and subject to the right of the parties, within <u>thirty (30) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 30-day period, however, dismissal shall be with prejudice as to Midnight Velvet, Inc. The Clerk is directed to terminate any pending motions/deadlines and to CLOSE the file.

**DONE** and **ORDERED** in Tampa, Florida on July 31, 2023.

                                            s/*William F. Jung*
                                            **WILLIAM F. JUNG**
                                            **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record